UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE DANA M. SABRAW)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**Veronica Carvajal Araiza**,<br><br>　　　　　　Defendant. | CASE NO.:   22CR1680-DMS<br><br>**ORDER TO CONTINUE MOTION HEARING** |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue the Motion Hearing scheduled for November 18, 2022 at 11:00 a.m. to January 13, 2023 at 11:00 a.m. be granted. It is further ordered that time is excluded in the interests of justice from the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(D) and 18 U.S.C. § 3161(h)(7)(A) .

Acknowledgment of next court date to be signed and filed by the defendant by November 10, 2022.

DATED: 11/07/22

　　　　　　　　　　　　　　　**Honorable Dana M. Sabraw**
　　　　　　　　　　　　　　　United States Chief District Judge